**Order filed March 15, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00856-CV

_____

**SHARON ANN GRIBBLE, Individually and in her Capacity as Guardian of the Person and Estate of Michael Ray Gribble, Appellant**

**V.**

**BRENT ALLEN LAYTON, Appellee**

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 09FD0426**

## O R D E R

No record has been filed in this appeal. According to information provided to this court, this is an appeal from a judgment signed June 30, 2011. Appellant filed a timely motion for new trial. Appellant filed her notice of appeal on September 29, 2011. Appellant also filed an affidavit of indigence. Any contest was required to have been filed within 10 days of the affidavit's filing. *See* Tex. R. App. P. 20.1(e). No contest was filed. Accordingly, the affidavit's allegations are deemed true, and appellant is allowed to proceed without advance payment of costs. *See* Tex. R. App. P. 20.1(f).

Accordingly, we issue the following order:

It is **ORDERED** that appellant is deemed to be indigent for appeal and is allowed to proceed without the advance payment of costs. *See* Tex. R. App. P. 20.1(f). The Galveston County District Clerk is ordered to file a clerk's record in this appeal on or before **April 16, 2012.** The official court reporter, **Ronald E. Vella**, is ordered to file the reporter's record in this appeal on or before **April 16, 2012,** subject to a reasonable request for an extension of time, if necessary to complete preparation of the record.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Jamison and McCally.